427 A.2d 1215

Commonwealth v. Solomon, Appellant.

Submitted September 13, 1979. Arthur J. King, Assistant Public Defender, for appellant; John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.